UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BILLIE DISPAINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-CV-162 |
| v. | ) |
| | ) Collier/Carter |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's Report and Recommendation (Court File No. 16). The Court **DENIES** Plaintiff's motion for judgment on the pleadings (Court File No. 9), and **GRANTS** Defendant's motion for summary judgment (Court File No. 13). The Court **AFFIRMS** the Commissioner's decision and **DISMISSES** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Patricia L. McNutt
  CLERK OF COURT